UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 21-2094-MJ-TORRES   (SEALED)

UNITED STATES OF AMERICA,
   Plaintiff,

V.

David Torres-Bocanegra,
   Defendant(s).
_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 1/19/21

       /s/ EDWIN G. TORRES
       _____
       **Edwin G. Torres**
       **UNITED STATES MAGISTRATE JUDGE**